UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHRISTOPHER W. CONNORS,

    Petitioner,             3:07-cv-0268-JCM-VPC

vs.                                    **ORDER**

E.K. McDANIEL, *et al.*,

    Respondents.

This action is on remand from the Ninth Circuit Court of Appeals to permit petitioner to amend his petition to include claims that were inadvertently omitted. The amended petition has been filed and served upon respondents. ECF No. 58. The court shall enter a briefing schedule.

**IT IS THEREFORE ORDERED** that respondents shall have 45 days to file their answer or other response to the amended petition. Petitioner shall have 30 days to respond to a motion to dismiss or to reply to an answer. If a motion to dismiss or other defensive motions is filed, respondents shall have twenty days to file a reply.

**IT IS SO ORDERED**.

Dated, this 6 day of August, 2013.

_____
UNITED STATES DISTRICT JUDGE